FRANK MCWILLIAMS, INC., Respondent, Appellant, v. AMERICAN INSURANCE COMPANY, Appellant, Respondent.— Judgment reversed upon the law and complaint dismissed. The findings contained in the decision numbered fourth, sixth, ninth and tenth, and the conclusions of law, are reversed; and this court finds the conclusions of law proposed by the defendant numbered fifth, sixth, seventh, eighth and ninth, and the conclusions of law proposed by the defendant numbered first, second and third. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur. Settle order on notice.

FRANK MCWILLIAMS, INC., Respondent, Appellant, v. FIREMAN'S FUND INSURANCE COMPANY, Appellant, Respondent.— Judgment reversed on the law and complaint unanimously dismissed, with costs. The findings of fact contained in the decision numbered fourth, sixth, ninth and tenth are reversed, and the conclusions of law are also reversed, and this court finds that the said dry dock was damaged on the occasion in question on account of the inability to keep it pumped out by reason of the cessation of electric current supplied to its pumps by the Richmond Light and Railroad Company due to an accident occurring in the power plant of the said Richmond Light and Railroad Company; and also finds as a conclusion of law that the policy issued by defendant to plaintiff did not insure plaintiff against damage due to such sinking; that plaintiff is not entitled to recover against defendant for such damage, and that defendant is entitled to judgment against the plaintiff dismissing the complaint on the merits, with costs. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur. Settle order on notice.

FRANK MCWILLIAMS, INC., Respondent, Appellant, v. PROVIDENCE-WASHINGTON INSURANCE COMPANY, Appellant, Respondent.— Judgment reversed on the law and complaint unanimously dismissed, with costs. The findings of fact contained in the decision numbered fourth, sixth, ninth and tenth are reversed, and the conclusions of law are also reversed, and this court finds that the said dry dock was damaged on the occasion in question on account of the inability to keep it pumped out by reason of the cessation of electric current supplied to its pumps by the Richmond Light and Railroad Company due to an accident occurring in the power plant of said Richmond Light and Railroad Company; and also finds as a conclusion of law that the policy issued by defendant to plaintiff did not insure plaintiff against damage due to such sinking; that plaintiff is not entitled to recover against defendant for such damage, and that defendant is entitled to judgment against the plaintiff dismissing the complaint on the merits, with costs. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur. Settle order on notice.

METROPOLITAN ELECTRIC MANUFACTURING COMPANY, Respondent, v. HERCULES ELECTRIC STEEL CORPORATION, Appellant.— Judgment and order reversed upon the law and a new trial granted, with costs to abide the event. We think it was prejudicial error to exclude evidence of the market value of the merchandise in question during the time between delivery and the giving of notice of the alleged defects. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.